JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC R. CHIGUILA, individually and on behalf of himself and others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation, and DOES 1-100, inclusive,<br><br>Defendants. | No. CV 12-5392 MWF (MRWx)<br><br>**JUDGMENT REGARDING DEFENDANT TARGET CORPORATION'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |

The Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment of Defendant Target Corporation came on regularly for hearing on January 14, 2013. The Court, having read and considered the supporting points and authorities and evidence, having heard the arguments of counsel, and good cause appearing therefore, ordered that Target's Motion for Summary Judgment be GRANTED. (Order Granting Defendant's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (Docket No. 33)).

In light of the foregoing, in accordance with the Order, and pursuant to Rule 58(d) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered against Plaintiff Eric Chiguila and in favor of Defendant Target Corporation;

2. Chiguila will take nothing by way of the Complaint and this action is dismissed with prejudice on its merits and in its entirety; and

3. Target Corporation may submit an application to tax costs according to proof.

DATED: January 30, 2013

_____
MICHAEL W. FITZGERALD
United States District Judge